61 F.2d 1046 (1932)
Thomas W. WHITE, Collector, Defendant, Appellant,
v.
Walter C. LEWIS, Plaintiff, Appellee.
No. 2708.
Circuit Court of Appeals, First Circuit.
October 21, 1932.
J. Duke Smith, Sp. Asst. to U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and T. H. Lewis, Jr., Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., on the brief), for appellant.
George S. Fuller of Boston, Mass. (Burnham, Bingham, Gould & Murphy, of Boston, Mass., on the brief), for appellee.
Before BINGHAM, WILSON, and MORTON, Circuit Judges.
PER CURIAM.
It is ordered that this appeal be, and the same hereby is, dismissed.